## 47453. HEWLETT v. THE STATE.

BELL, Chief Judge. Absent a certificate for immediate review, the denial of defendant's plea of autrefois acquit is not a final judgment. *Bruce v. State,* 122 Ga. App. 159 (176 SE2d 515). As the case is pending below, the appeal is premature and the State's motion to dismiss the appeal is granted.

> *Appeal dismissed. Evans and Stolz, JJ., concur.*

ARGUED SEPTEMBER 6, 1972—DECIDED SEPTEMBER 28, 1972—
REHEARING DENIED OCTOBER 13, 1972—

*Joseph B. Bergen,* for appellant.
*Andrew J. Ryan, Jr., District Attorney, Howard A. McGlasson, Jr.,* for appellee.